ORIGINAL

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *
MAHMOOD KHAWJA NIZAM,       *
                            *
              Plaintiff,    *
      v.                    *
                            *      No. 14-42C
UNITED STATES,              *      Filed: December 4, 2015
                            *
              Defendant.    *
                            *
* * * * * * * * * * * * * *
```

FILED
DEC - 4 2015
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The court is in receipt of parties' December 3, 2015 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2015), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order. **IT IS SO ORDERED**.

MARIAN BLANK HORN
Judge